IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-00995 BKT

Chapter 13

JANET RAMOS DIAZ

XXX-XX-6950

**FILED & ENTERED ON 08/25/2011**

Debtor(s)

## ORDER DISMISSING CASE

The motion to dismiss filed by RELIABLE FINANCIAL SERVICES, INC. (docket #56) having been duly notified to all parties in interest, it is now

ORDERED, ADJUDGED AND DECREED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED, ADJUDGED AND DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this 25 day of August, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:   All creditors
     F/up